■ In Matter of JAMES A. CATTARIN, Petitioner, v COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.—Determination unanimously confirmed, without costs. Memorandum: In this proceeding, transferred to our court pursuant to CPLR 7804 (subd [g]), petitioner seeks review of an order after hearing revoking his hunting license for 10 years based on the finding that he

took aim at what he thought was a deer and shot a man in the leg. We find that substantial evidence supports the respondent commissioner's determination (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176; *Matter of Pell v Board of Educ.*, 34 NY2d 222). (Article 78 proceeding transferred by order of Wyoming Supreme Court.) Present—Dillon, P. J., Simons, Hancock, Jr., Callahan and Moule, JJ.